IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ORLANDO DESHUN GRAY                                                                          PLAINTIFF

v.                                             Civil No. 1:16-cv-1012

DR. HOPKINS, *et al.*                                                                        DEFENDANTS

CONSOLIDATED WITH

ORLANDO DESHUN GRAY                                                                          PLAINTIFF

v.                                             Civil No. 1:16-cv-1022

DR. HOPKINS, *et al.*                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 5, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Bryant recommends that Separate Defendant Dr. Deanna Hopson's Motion for Summary Judgment (ECF No. 14) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Separate Defendant Dr. Deanna Hopson's Motion for Summary Judgment (ECF No. 14) is **GRANTED,** and all claims against Separate Defendant Dr. Deanna Hopson are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of January, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge